No. 519. GANDARA *v.* UNITED STATES. January 27, 1930. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Edward*

*I. Barry* for petitioner. *Solicitor General Hughes, Assistant Attorney General Farnum,* and *Mr. Claude R. Branch* for the United States.